IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TEAMSTER MEMBERS RETIREMENT PLAN, individually and on behalf of all others similarly situated, | § § § § | |
| | § | No. 224, 2022 |
| Plaintiff Below, Appellant, | § | |
| | § | |
| v. | § | Court Below: Court of Chancery |
| | § | of the State of Delaware |
| RANDALL S. DEARTH, ROBERT M. FORTWANGLER, STEVAN R. SCHOTT, JAMES A. COCCAGNO, CHAD WHALEN, J. RICH ALEXANDER, WILLIAM J. LYONS, LOUIS S. MASSIMO, WILLIAM R. NEWLIN, JOHN J. PARO, JULIE S. ROBERTS, TIMOTHY G. RUPERT, and DONALD C. TEMPLIN, | § § § § § § § § § § § | C.A. No. 2020-0807 |
| | § | |
| Defendants Below, Appellees. | § | |

Submitted: December 14, 2022
Decided: January 9, 2023

Before **VALIHURA**, **VAUGHN** and **TRAYNOR**, Justices.

## **O R D E R**

This 9th day of January 2023, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated May 31, 2022;

NOW THEREFORE IT IS ORDERED that the decision of the Court of Chancery be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice